[Crim. No. 930. In Bank.—June 3, 1903.]

In re MARTIN DALY. Application for Writ of Habeas Corpus.

MUNICIPAL ORDINANCES—POLICE POWER—CASE AFFIRMED.—Municipal ordinances confining the erection and maintenance of gas-works within defined limits, and changing such limits, held valid and enforceable under the police power, on the authority of *Dobbins* v. *City of Los Angeles, ante,* p. 179.

APPLICATION for writ of *habeas corpus* to Charles Elton, Chief of Police of Los Angeles, under commitment of Police Judge H. C. Austin.

The facts are stated in the opinion of the court, and in the case of *Dobbins* v. *City of Los Angeles, ante,* p. 179.

Lynn Helm, Lee, Scott, Bailey & Chase, and William M. Pierson, for Petitioner.

W. B. Matthews, City Attorney, and Davis & Rush, for Respondent.

Brief of Franklin K. Lane, R. M. Sims, and Garret W. McEnerney, in support of a San Francisco ordinance prohibiting burial within municipal limits, involved in S. F. Nos. 2919 and 3010, was filed in this case, by leave of court.

THE COURT.—The only ground upon which the applicant could be discharged on this proceeding is the alleged invalidity of certain ordinances of the city of Los Angeles. But in the recently decided case of *Dobbins* v. *City of Los Angeles, ante,* p. 179, the validity of these ordinances was directly involved, and it was there held that the same are valid; and on the authority of that case the prayer of the petitioner is denied.

The petitioner is remanded and the writ is discharged.

Rehearing denied.

Beatty, C. J., Lorigan, J., and Henshaw, J., dissented from the order denying a rehearing, and Van Dyke, J., took no action thereon.